ELECTRONIC RECORD

1159-15
1186-15
1187-15

COA # 06-15-00026-CR     OFFENSE: 1

Companion-6-15-27,28-CR

STYLE: Roger Dale Gammons v. The State of Texas     COUNTY: Hopkins

COA DISPOSITION: Affirmed     TRIAL COURT: 8th District Court

DATE: 8/11/15     Publish: No     TC CASE #: 1423872

## IN THE COURT OF CRIMINAL APPEALS

1159-15
1186-15
1187-15

STYLE: Roger Dale Gammons v. The State of Texas     CCA #:

APPELLANT'S Petition     CCA Disposition:

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE:

REFUSED     JUDGE:

DATE: 11/18/2015     SIGNED:     PC:

JUDGE: _____     PUBLISH:     DNP:

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____